# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELSI KENNEDY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GETTYSBURG COLLEGE, *et al.*, | : | No. 18-4488 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **19th** day of **March 2019**, upon consideration of Defendants' motions to dismiss, Plaintiff's responses, and Defendants' replies, and for the reasons provided in the Court's Memorandum dated March 19, 2019, it is **ORDERED** that:

1. Defendant Phi Sigma Kappa Druid Alumni Association's Motion to Dismiss (Document No. 9) is **DENIED as moot**.

2. Defendant Phi Sigma Kappa Fraternity's Motion to Dismiss (Document No. 14) is **GRANTED** as unopposed. All claims against Phi Sigma Kappa Fraternity are **DISMISSED**.

3. Defendant Gettysburg College's Motion to Dismiss (Document No. 15) is **GRANTED in part** and **DENIED in part as moot**.

   a. The motion is **GRANTED** as to improper venue and the case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

   b. The motion to dismiss for failure to state a claim is **DENIED as moot**.

4. Defendant Edward Carroll's Motion to Dismiss (Document No. 25) is **DENIED as moot**.

5. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**Berle M. Schiller, J.**